UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 05-242 |
| GLENN A. HAYDEL | SECTION "K"(3) |

### ORDER

A hearing was held on this date to discuss defendant's Motion for Early Disclosure of Jencks Act Material (Rec. Doc. No. 50) and defendant's Motion to Dismiss Indictment as to Counts 2 & 3 (Rec. Doc. No. 51). For the reasons stated orally on the Record, the Motions are hereby **DENIED**.

New Orleans, Louisiana this ____19th__ day of April, 2006.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE