FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 31  PM 2: 38

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION NO. 05-242** |
| v. | * | **SECTION: "K"** |
| **GLENN A. HAYDEL** | * | |

\* \* \*

### ORDER

Considering the foregoing Motion of the United States of America;

IT IS HEREBY ORDERED that, pursuant to U.S.S.G. § 3E1.1(b), the downward adjustment for Glenn A. Haydel's acceptance of responsibility is 3 levels.

New Orleans, Louisiana, this 30th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____